# In the United States Court of Federal Claims

No. 20-996 C
Filed: November 17, 2021

```
* * * * * * * * * * * * * * * * *  *
                                   *
HUMANA, INC.,                      *
                                   *
                                   *
            Plaintiff,             *
                                   *
     v.                            *
                                   *
THE UNITED STATES,                 *
                                   *
            Defendant.             *
                                   *
* * * * * * * * * * * * * * * * *  *
```

## ORDER

On November 4, 2021, the parties filed a Joint Status Report and Motion to Continue Stay. ECF No. 16. For good cause shown, this case will remain **STAYED**. The parties shall file a joint status report on or before **January 4, 2022**.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge
