IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HUMANA, INC., <br><br>       Plaintiff, <br><br>v. <br><br>THE UNITED STATES OF AMERICA, <br><br>       Defendant. | Case No. 20-996C <br><br> Senior Judge Firestone |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Pursuant to the Court's November 17, 2021 order (ECF No. 17) ("Order") the parties respectfully submit this joint status report regarding the settlement approval process and possible next steps in this litigation.

At this time, it is the Government's intention to enter into a stipulated judgment for the cost-sharing reduction (CSR) claims for benefit year 2017 that is at issue in this case. Such a stipulated judgment would resolve entirely this litigation. However, prior to such a stipulation, the parties require additional time to confirm the precise quantum of unpaid, and owed, CSR payments. The parties thus request that the Court continue the stay in this case until Monday, January 31, 2022. At that time, if the parties have not already filed a motion for stipulated judgment, the parties propose filing another joint status report describing the status of the resolution process.

Dated: January 4, 2022                                                      Respectfully submitted,

<table>
<tr><td>

s/ Stephen McBrady
Stephen McBrady
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
SMcBrady@crowell.com

OF COUNSEL:
Daniel Wolff
Charles Baek

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

*Counsel for Plaintiff*

</td><td>

BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/Claudia Burke
CLAUDIA BURKE
Assistant Director

s/ Albert S. Iarossi
ALBERT S. IAROSSI
Trial Attorney
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3755
Email: Albert.S.Iarossi@usdoj.gov

OF COUNSEL:

CHRISTOPHER J. CARNEY
Senior Litigation Counsel

ERIC E. LAUFGRABEN
Senior Trial Counsel

*Counsel for Defendant*

</td></tr>
</table>