# In the United States Court of Federal Claims
No. 20-996 C
Filed: January 20, 2022

**HUMANA, INC.**

      v.

**THE UNITED STATES**

**JUDGMENT**

      Pursuant to the court's Order, filed January 19, 2022, and the parties' stipulation for entry of judgment, filed January 14, 2022,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover of and from the United States the amount of $1,957,699.61 on Count I of the complaint as it relates to cost-sharing reduction (CSR) payments through December 31, 2017.  Count II of the complaint is dismissed with prejudice.  Each party shall bear its own costs, attorney fees and expenses.

                                                          Lisa L. Reyes
                                                          Clerk of Court

                                By:     s/ Debra L. Samler

                                                           Deputy Clerk